IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE J. MOORE, by and through his guardian ad litem MICHELLE TRIP, individually and as a successor in interest of JAMES W. MOORE, deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et. al.,<br><br>        Defendants | CV F 07-1196 OWW WMW<br><br>ORDER RELATING CASE AND REASSIGNING DISTRICT JUDGE AND MAGISTRATE JUDGE |

    The court finds that the above-captioned action, <u>Bryce J. Moore. v. County of Kern, et al.</u>, CV F 07-1196, is similar to <u>James W. Moore, Jr. v. County of Kern et al.</u>, CV F 05-1115 AWI SMS (consolidate with case number CV F 06-120 AWI LJO) in that both cases appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort.  <u>See</u> Local Rule 83-123.

    Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered case, is reassigned to the same judge and magistrate judge as the lower numbered case.   IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, **CV F 07-1196 AWI SMS**.

IT IS SO ORDERED.

Dated:   August 27, 2007               /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE