IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE J. MOORE, a minor, by and through his Guardian ad litem, MICHELLE TRIPP, individually and as successor in interest of James W. Moore, deceased, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, et. al, <br><br> Defendants. | 1:07-CV-1196 AWI SMS <br><br> (Related to: <br> 1:05-CV-1115 AWI SMS <br> 1:06-CV-120 OWW SMS) <br><br> **ORDER CLOSING CASE** |

On March 3, 2010, the Court ordered minor-Plaintiff Bryce Moore to either show cause why the case should not be closed or file a notice of non-opposition to the closing of the case. The order was based on the lack of activity in this case and the settlement of Plaintiff's claims in case 1:05-CV-1115 AWI SMS. The Court saw no difference in the claims in this matter and the settled claims in 1:05-CV-1115 AWI SMS. On March 9, 2010, Plaintiff filed a notice of non-opposition to the closing of this matter. Thus, the Court will now close this case. See Fed. R. Civ. Pro. 41(a)(2).

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this matter in light of the Plaintiff's non-opposition.

IT IS SO ORDERED.

Dated: __March 11, 2010__          _____/s/ Anthony W. Ishii_____
                                   CHIEF UNITED STATES DISTRICT JUDGE