1

2

3

4

5        **IN THE UNITED STATES DISTRICT COURT FOR THE**

6            **EASTERN DISTRICT OF CALIFORNIA**

7

8    **BRYCE J. MOORE, a minor, by and**          )        **1:07-CV-1196  AWI SMS**
     **through his Guardian ad litem,**           )
9    **MICHELLE TRIPP, individually and as**      )        **(Related to:**
     **successor in interest of James W. Moore,** )        **1:05-CV-1115 AWI SMS**
10   **deceased,**                                )        **1:06-CV-120 OWW SMS)**
                                                  )
11              **Plaintiff,**                    )
           **v.**                                 )        **ORDER CLOSING CASE**
12                                                )
     **COUNTY OF KERN, et. al,**                  )
13                                                )
                **Defendants.**                   )
14                                                )
                                                  )
15 _____

16

17        On March 3, 2010, the Court ordered minor-Plaintiff Bryce Moore to either show cause

18   why the case should not be closed or file a notice of non-opposition to the closing of the case.

19   The order was based on the lack of activity in this case and the settlement of Plaintiff's claims in

20   case 1:05-CV-1115 AWI SMS.  The Court saw no difference in the claims in this matter and the

21   settled claims in 1:05-CV-1115 AWI SMS.  On March 9, 2010, Plaintiff filed a notice of non-

22   opposition to the closing of this matter.  Thus, the Court will now close this case.  See Fed. R.

23   Civ. Pro. 41(a)(2).

24        Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this matter in light

25   of the Plaintiff's non-opposition.

26   IT IS SO ORDERED.

27   **Dated:    March 11, 2010**              _____/s/ Anthony W. Ishii_____
                                              CHIEF UNITED STATES DISTRICT JUDGE
28